# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED MAY 10, 2013

### NO. 03-13-00098-CV

**Highland Lake Villas Homeowners Association, Inc., Appellant**

**v.**

**Kyle Rodenbeck, Appellee**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE JONES

**THIS DAY** came on to be submitted to this Court the parties' joint motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.